UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAROLINA CASUALTY INSURANCE COMPANY,

                          Plaintiff,

           - - against - -                    **Rule 7.1 Certificate**

THE NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY,

                         Defendant.
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate-judges of the court to evaluate possible disqualification or recusal, the undersigned, attorneys-of-record for plaintiff **Carolina Casualty Insurance Company**, hereby certify that the only publicly-held corporation owning 10% or more of Carolina's stock is W.R. Berkley Corp.

      Carolina's corporate parents, subsidiaries, or affiliates are the following:

Acadia Insurance Company
Admiral Insurance Company
Admiral Risk Insurance Services, Inc.
Berkley Aviation, LLC
Berkley Accident and Health, LLC
Berkley Capital, LLC
Berkley Dean & Company, Inc.
Berkley Insurance Company
Berkley International, LLC
Berkley International Argentina S.A.
Berkley International Aseguradora de Riesgos del Trabajo S.A.
Berkley International Seguros S.A.
Berkley International do Brasil Seguros S.A.
Berkley International Philippines, Inc.

Berkley International Life Insurance Co., Inc.
Berkley International Plans, Inc.
Berkley Medical Excess Underwriters, LLC
Berkley Mid-Atlantic Group
Berkley Net Underwriters, LLC
Berkley Regional Insurance Company
Berkley Regional Specialty Insurance Company
Berkley Risk Administrators Company, LLC
Berkley Risk Solutions, Inc.
Berkley Specialty Underwriting Managers, LLC Insurance Company
Berkley Technology Services, LLC
Berkley Underwriting Partners, LLC
BF Re Underwriters, LLC
Carolina Casualty Insurance Company
Clermont Insurance Company
Continental Western Group
Facultative Resources, Inc.
Family First, Inc.
Firemen's Insurance Company of Washington, D.C.
Gemini Insurance Company
Great Divide Insurance Company
Hong Kong Reinsurance Division
Key Risk Insurance Company
Key Risk Management Services, Inc.
Midwest Employers Casualty Company
Monitor Liability Managers, Inc.
Berkley Surety Group, Inc.
Nautilus Insurance Company
Preferred Employers Insurance Company
Signet Star Re, LLC
StarNet Insurance Company
Union Insurance Company
United Standard Insurance Group
United Standard Lloyds
Vela Insurance Services, Inc.
Watch Hill Fac Management, LLC

       W.R. Berkley Insurance (Europe), Limited
       W.R. Berkley Insurance (Europe), Limited, Sucursal en España

Dated: New York, NY
       November **20**, 2007

                                  ZICHELLO & McINTYRE, LLP
                                  Attorneys for Carolina Casualty
                                  Insurance Company

                        By: _____
                                Vincent J. Zichello (VZ-3487)
                                Office & P.O. Address
                                420 Lexington Avenue
                                New York, New York 10170
                                Tel. 212-972-5560