UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CAROLINA CASUALTY INSURANCE
COMPANY,
        Plaintiff(s),
   -against-
THE NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY,
        Defendant(s).
-------------------------------------------------------X

Index No. 07 CV 10504

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                S.S.:
COUNTY OF NEW YORK)

NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 5th day of December 2007, at approximately 12:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT INDIVIDUAL PRACTICES OF JUDGES HAROLD BAER JR., CRITICAL INSTRUCTIONS TO ATTORNEYS, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING AND PROCEDURES FOR ELECTRONIC CASE FILING** upon New York City School Construction Authority at 30-30 Thomson Avenue, 4th Floor, Long Island City, NY 11101, by personally delivering and leaving the same with Michael Szabaga, Corporate Secretary, who informed deponent that he is an agent authorized by appointment to receive service at that address.

Michael Szabaga is a white male, approximately 55 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 190 pounds with balding brown hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
7th day of December, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08