USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/07

DEC 19 2007

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

DUNCAN PETERSON
Tel: (212) 788-1103
Fax: (212) 788-8372
email: dpeterso@law.nyc.gov

December 19, 2007

By Fax: (212) 805-7901
Hon. Judge Harold Baer, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

Re: Carolina Casualty Insurance Company v. The New York School Construction Authority  Index Number: 07-CV-10504

Dear Judge Baer, Jr.:

I am the Assistant Corporation Counsel who is assigned to the referenced case. I am writing on behalf of defendant New York City School Construction Authority to request an adjournment of three weeks from December 25, 2007, until January 15, 2008, to respond to the complaint.

I have spoken with Mr. Vincent J. Sichello, plaintiff's counsel, who has courteously consented to this adjournment. This is the first such request in this matter. This request is made in order to afford this Office adequate time to adequately investigate and respond to the allegations in the complaint, and consider the possibility of settlement.

Thank you for your consideration of defendant's request for an adjournment of three weeks from December 25, 2007, until January 15, 2008, to respond to the complaint.

Your faithfully,

Duncan Peterson (DP 7367)
Assistant Corporation Counsel

cc: Vincent J. Sichello, Esq.
By Fax: (212) 972-5569

Granted.
So Ordered.
Harold Baer  12/19/07