Electronic Filing
ECF 1:07-cv-10504-HB

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X

CAROLINA CASUALTY INSURANCE COMPANY,

Plaintiff,

- - against - -

THE NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY,

Defendant.

--------------------------------------------------------------------X

**Notice of**
**Appearance Correction**

Please correct your records to show the correct name of our firm (now

entered incorrectly on your records).

Dated: New York, NY
        December 19, 2007

ZICHELLO & McINTYRE, LLP
Attorneys for Plaintiff

By: /s/ _____
        Vincent J. Zichello (VZ-3487)
        Office & P.O. Address
        420 Lexington Avenue
        New York, New York 10170
        Tel. 212-972-5560
        E-mail: zimc@msn.com

To:    Clerk of Court

Copy: Duncan Peterson, dpeterso@law.nyc.gov