DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

Electronic Filing
ECF 1:07-cv-10504-HB

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CAROLINA CASUALTY INSURANCE COMPANY,         07-CV-10504-HB

          Plaintiff,

      - - against - -                                                    **ORDER OF DISCONTINUANCE**

THE NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY,

          Defendant.
------------------------------------------------------------X

Hon. HAROLD BAER, JR., District Judge:

      This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

      ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by _MARCH 14, 2008_, any party may apply to have the action reopened, and it is further

      ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED:
New York, New York

Dated: 1/15/08

_____
U.S.D.J.

I hereby consent to the entry of this proposed order.

| For Plaintiff, Carolina Casualty Insurance Company | For Defendant, New York City School Construction Auth. |
|---|---|
| ZICHELLO & McINTYRE, LLP | MICHAEL A. CARDOZO<br>Corporation Counsel, City of NY |
| By: /s/ Vincent J. Zichello<br>Vincent J. Zichello (VZ-3487)<br>Office & P.O. Address<br>420 Lexington Avenue<br>Tel 212-972-5560<br>E-mail: zimc@msn.com | By: /s/<br>Duncan Peterson (DP-7367)<br>100 Church Street<br>New York, NY 10007<br>Tel 212-788-1103<br>E-mail: dpeterso@law.nyc.gov |